IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: VICTOR H RIVERA MORALES

Bkrtcy. No. 10-10269-SEK
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Oct 29, 2010
Days from petition date: 33
910 Days before Petition: 5/2/2008
This is debtor(s) _____ Bankruptcy petition.
This is the _____ Scheduled Meeting

Meeting Date: Dec 01, 2010
Meeting Time: 2:30 PM
☐ Chapter 13 Plan Date: Jan 13, 2011 Dkt.# 28  ☐ Amended.
Plan Base: $62,400.00
Confirmation Hearing Date: Mar 29, 2011  Time: 9:00 AM

DC Track No. 6

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $2,400.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were  ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s)  ☒ Present  ☐ Not Present
☐ Substitute attorney:  ☐ Pro-se.

☒ Creditor(s) present:  ☐ None.
BBVA - Maritza Guzman, Esq.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: EDDIE G MALAVE COLON*
Total Agreed: $3,000.00  Paid Pre-Petition: $0.00  Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are)  ☐ Under  ☒ Above Median Income.  Liquidation Value: $22,155.00
Commitment Period is  ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)]  Gen. Unsecured Pool: TBD

.08.1  The Trustee  ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)]  ☒ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☒ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☒ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Debtor must submit name, address and telephone number of DSO's recipient.
Debtor must amend voluntary petition to correct mailing address, specifically zip code.
Monta Berrios filed objection to plan confirmation (Docket No. 36.)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___

Date: Feb. 18, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor must submit payment of domestic support obligation until March 2011.

Trustee will review Debtor's monthly operating reports.

Debtor will upload Court's resolution as to DSO obligation.

Debtor must amend Means Test to move business expenses from line 3 to line 57. Trustee will review operating report to verify business expenses and determine if Debtor must pay general unsecured pool.

Debtor must submit copy of insurance policy.

Debtor will upload a letter from the Municipality of Barranquitas as to Municipal patent.

HB - $70,321

Trustee / Presiding Officer     Page 2 of 2     Date: Feb 18, 2011