IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>VICTOR H. RIVERA MORALES<br>Debtor | CASE NO. 10-10269-SEK13<br><br>Chapter 13 |

MOTION SOLICITING CONTINUANCE TO DISCUSS OBJECTION TO CONFIRMATION

TO THE HONORABLE COURT:

COMES NOW Marta Berrios Torres, represented by the undersigned attorney and respectfully shows and prays as follows:

1. A hearing was scheduled for 3/29/2011 at 09:00 A.M. to discuss the objection to confirmation filed by Marta Berrios Torres (#36) and Debtor's response (#45).

2. However, the undersigned attorney will not be able to attend to said hearing because he will be outside Puerto Rico.

3. Therefore, we request said hearing to be re-scheduled for a later date.

WHEREFORE, appearing party in interest prays this Honorable Court grant this Motion and to enter an Order re-scheduling said hearing for a later date, for the reasons above stated.

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Debtor's attorney and Chapter 13 Trustee. No ordinary mail was sent to any non CM/ECF System participant.

In Barranquitas, PR, Puerto Rico, this 23 day of March, 2011.

                                    s/Juan A. Hernandez Rivera, Esq.
                                    PO Box 128
                                    Barranquitas, PR 00794
                                    Tels. (787) 857-1310 and 5746
                                    juan@jahrlaw.com
                                    USDC-PR 226609